Per Curiam.
 

 [¶ 1] Pamela Marie Seidel appeals from a criminal judgment sentencing her to the maximum period of incarceration (30 days) and 360 days of unsupervised probation. As a condition of probation, Seidel was ordered to participate in North Dakota's 24/7 Sobriety Program ("24/7 Program") after her plea of guilty to driving under the influence. On appeal, Seidel argues that because she had already served the maximum period of incarceration for a class B misdemeanor, it was improper to place her on probation and order her participation in the 24/7 Program. Although not argued to the district court, Seidel asserts her placement in the 24/7 Program unconstitutionally restricts her right to travel under both the United States Constitution and the North Dakota Constitution. We summarily affirm under N.D.R.App.P. 35.1(a)(7).
 
 See
 

 State v. McClean
 
 ,
 
 1998 ND 21
 
 , ¶ 8,
 
 575 N.W.2d 200
 
 ("The Legislature did not restrict a trial court from imposing both a maximum probation sentence and a maximum imprisonment sentence for misdemeanors.");
 
 see also
 

 State v. Kieper,
 

 2008 ND 65
 
 , ¶ 16,
 
 747 N.W.2d 497
 
 (constitutional issues will not be considered for the first time on appeal).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Jon J. Jensen
 

 Lisa Fair McEvers
 

 Daniel J. Crothers
 

 Jerod E. Tufte